UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-19256 |
| | ) | |
| Pogorzelski, Andrew T. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on January 7, 2016 in Courtroom 644**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: December 8, 2015           By: /s/ Richard M. Fogel
                                                Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

UST Form 101-7-NFR (10/1/2010)

{4273 NTC A0236578.DOC 4}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: POGORZELSKI, ANDREW T. § Case No. 15-19256
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of:* | $ 14,394.50 |
| *and approved disbursements of:* | $ 21.49 |
| *leaving a balance on hand of[1]:* | $ 14,373.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,373.01 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Richard M. Fogel | 2,189.45 | 0.00 | 2,189.45 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 2,189.45 |
| Remaining balance: | $ 12,183.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| |
|---|
| None |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    12,183.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Department of the Treasury Internal Revenue Service | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $    12,183.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $231,913.08 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 15,316.10 | 0.00 | 804.64 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 17,497.93 | 0.00 | 919.25 |
| 4 | Conserv FS, Inc. c/o Teller, Levit & Silvertrust, P.C. ATTN: Edward S. Margolis | 189,937.32 | 0.00 | 9,978.36 |
| 5 | Discover BankDiscover Products Inc | 3,039.50 | 0.00 | 159.68 |
| 6 | American Express Bank, FSB c o Becket and Lee LLP | 6,122.23 | 0.00 | 321.63 |

**UST Form 101-7-NFR (10/1/2010)**

    Total to be paid for timely general unsecured claims:    $    12,183.56
    Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for tardily filed general unsecured claims:    $    0.00
    Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for subordinated claims:    $    0.00
    Remaining balance:    $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Richard M. Fogel
Trustee

Richard M. Fogel
321 N. Clark St. #800
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 15-19256-PSH
Andrew T Pogorzelski                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mgonzalez         Page 1 of 2         Date Rcvd: Dec 09, 2015
                             Form ID: pdf006         Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2015.
```
db         +Andrew T Pogorzelski,    70 Chestnut Court,    Elgin, IL 60120-4876
23357370   +A & K Pogo's Enterprises, Inc,    70 Chestnut Ct,    Elgin, IL 60120-4876
23357376   +AT&T UVERSE,    c/o Bay Area Credit Service,    1000 Abernathy Road NE, Suite 195,
             Atlanta, GA 30328-5612
23670630   +Allstate Insurance Company,    c/o Kristy Gonowon, Esq.,    Law Office of Steven A. Lihosit,
             200 North LaSalle Street, Suite 2550,    Chicago, IL 60601-1047
23357372   +American Eagle Bank,    556 Randall Road,    South Elgin, IL 60177-3315
23357373    American Express,    Box 0001,    Los Angeles, CA 90096-8000
23760714    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23357374   +Artisan and Truckers Casualty Co.,    6300 Wilson Mills,    Mayfield Village, OH 44143-2109
23357378    Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
23357379   +Berkley Net,    c/o Michael D. Weis,    P. O. Box 1166,    Northbrook, IL 60065-1166
23357380    Cabela's Club Visa,    P.O. Box 82519,    Lincoln, NE 68501-2519
23357382   +Carolina Casualty Insurance Co.,    P.O. Box 2575,    Jacksonville, FL 32203-2575
23357384    Comcast,    P.O. Box 3001,    Southeastern, PA 19398-3001
23357385   +Comcast,    c/o Sage Capital Recovery,    1040 Kings Hwy. N.,    Cherry Hill, NJ 08034-1908
23357387   +Conserv FS, Inc.,    c/o Teller, Levit & Silvertrust, P.C.,     ATTN: Edward S. Margolis,
             19 South LaSalle Street, Suite 701,    Chicago, IL 60603-6369
23357392   +Domestic Linen Supply Co., Inc.,    c/o Brian C. Berlin, Esq.,    The SKB Firm,
             30 N. LaSalle Street, Suite 1520,    Chicago, IL 60602-3387
23357393   +First American Payment Systems, L.P.,    ATTN: Collection Manager,
             100 Throckmorton Street, Suite 1800,    Fort Worth, TX 76102-2802
23357394   +FirstMerit Bank,    501 W. North Avenue,    Melrose Park, IL 60160-1628
23357395   +FleetMatics,    c/o Teller, Levit & Silvertrust, P.C.,     19 South LaSalle St.- Suite 701,
             Chicago, IL 60603-1431
23357396    Gander Mountain,    P.O. Box 659569,    San Antonio, TX 78265-9569
23357397    Gander Mountain,    c/o Comenity Bank Recovery Department,    P.O. Box 18214,
             Columbus, OH 43218-2124
23357398    Groot Industries, Inc.,    P.O. Box 309,    Elk Grove Village, IL 60009-0309
23357399    HireRight Inc.,    P.O. Box 847891,    Dallas, TX 75284-7891
23357401   +Kathy Pogorzelski,    70 Chestnut Court,    Elgin, IL 60120-4876
23357402   +Law Offices of Rory K. McGinty PC,    5202 Washington St., Suite 5,
             Downers Grove, IL 60515-4982
23357403    Liberty Insurance Corporation,    P.O. Box 8090,    Wausau, WI 54402-8090
23357404    Nicor Gas,    P.O. Box 5407,    Carol Stream, IL 60197-5407
23357405   +PDR Enterprises, Inc.,    1237 Genoa Road,    Belvidere, IL 61008-9165
23357406   +PR Tax Associates, Inc.,    16E. Schaumburg Road, Suite 102,    Schaumburg, IL 60194-3536
23670631   +Safety-Kleen #6708,    c/o Clifton Flores, Esq.,    Adams, London & Weiss LLC,
             6250 Westpark Drive, Suite 319,    Houston, TX 77057-7381
23357408   +Shurman L. Riggins,    c/o Frank A. LaSalvia,    Campbell, Lipski & Dochnet,
             303 Lippincott Drive, Suite 310,    Marlton, NJ 08053-4160
23357409    State Farm Insurance,    c/o AFNI Subrogation Department,    1310 Martin Luther King Drive,
             P.O. Box 3068,    Bloomington, IL 61702-3068
23357410   +Unique Insurance Company,    7400 N. Caldwell Ave,    Niles, IL 60714-3806
23357412   +Verizon Wireless Bankruptcy Administration,    500 Technology Drive,    Suite 500,
             Weldon Spring, MO 63304-2225
23357413    Village of Carol Stream,    c/ o PennCredi t,    916 S 14th St,    P. O. Box 988,
             Harrisburg, PA 17108-0988
23400326   +William A. Hellyer, Ltd,    444 N IL Route 31, Ste 100,    Crystal Lake, IL 60012-3730
23357415   +Zurich Deductible Recovery,    ATTN: John E. Arthur,    P.O. Box 962,    Coraopolis, PA 15108-0962
23670632   +Zurich Insurance,    c/o Eric Jennings, Esq.,    McCarthy, Burgess & Wolff,
             The MB&W Bulding - 26000 Cannon Road,    Cleveland, OH 44146-1807
23357416    Zurich North America,    c/o Brown & Joseph, LTD,    P.O. Box 59838,    Schaumburg, IL 60159-0838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23357369    E-mail/Text: bankruptcydepartment@tsico.com Dec 10 2015 01:15:12     1 & 1 Internet, Inc.,
             c/o NCO Financial Systems, Inc.,    P. O. Box 15740,    Wilmington, DE 19850-5740
23357375    E-mail/Text: g17768@att.com Dec 10 2015 01:12:39     AT&T,    P. O. Box 5080,
             Carol Stream, IL 60197-5080
23357377    E-mail/Text: bankruptcy@icsystem.com Dec 10 2015 01:14:39      ATT Midwest,   c/o IC System,
             444 Highway 96 East,    P.O. Box 64794,    Saint Paul, MN 55164-0794
23357381    E-mail/Text: bankruptcy@icsystem.com Dec 10 2015 01:14:39      Cabela's Club Visa,
             c/o IC System,    444 Highway 96 East,    P.O. Box 64378,    Saint Paul, MN 55164-0378
23357383    E-mail/Text: bk.notifications@jpmchase.com Dec 10 2015 01:13:17     Chase Auto Finance,
             P.O. Box 901076,    Fort Worth, TX 76101-2076
23357386   +E-mail/Text: legalcollections@comed.com Dec 10 2015 01:14:53      ComEd,   PO Box 6111,
             Carol Stream, IL 60197-6111
23357388    E-mail/Text: cio.bncmail@irs.gov Dec 10 2015 01:12:56     Department of the Treasury,
             Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
23357390   +E-mail/Text: mmeyers@blittandgaines.com Dec 10 2015 01:15:04      Discover Bank,
             c/o Blitt and Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
23357391    E-mail/Text: BKRMailOps@weltman.com Dec 10 2015 01:13:55      Discover Bank,
             c/o Weltman, Weinberg & Reis Co., LPA,    3705 Marlane Drive,    Grove City, OH 43123-8895
```

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                  Date Rcvd: Dec 09, 2015
                               Form ID: pdf006             Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
23357389       E-mail/Text: mrdiscen@discover.com Dec 10 2015 01:12:37       Discover Bank,   P. O. Box 6103,
                 Carol Stream, IL 60197-6103
23666546       E-mail/Text: mrdiscen@discover.com Dec 10 2015 01:12:37       Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
23357400       E-mail/Text: rev.bankruptcy@illinois.gov Dec 10 2015 01:13:38
                 Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
                 Chicago, IL 60664-0338
23666805       E-mail/Text: bnc-quantum@quantum3group.com Dec 10 2015 01:13:24
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
23357407      +E-mail/Text: bankruptcy@safety-kleen.com Dec 10 2015 01:13:07       Safety-Kleen Systems, Inc.,
                 2600 North Central Expressway, Ste 400,   Richardson, TX 75080-2058
23357411      +E-mail/Text: usz.bankruptcy.legal.coll@zurichna.com Dec 10 2015 01:13:48
                 Universal Underwriters Insurance Company,   7045 College Boulevard,
                 Overland Park, KS 66211-1523
23357414       E-mail/Text: wow_bankruptcy@wideopenwest.com Dec 10 2015 01:15:26       Wow! Internet-Cable-Phone,
                 P.O. Box 4350,   Carol Stream, IL 60197-4350
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23357371*      A & K Pogo's Enterprises, Inc.,   70 Chestnut Ct,   Elgin, IL 60120-4876
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2015 at the address(es) listed below:
              Erich S Buck    on behalf of Debtor 1 Andrew T Pogorzelski ebuck@ag-ltd.com,   lhope@ag-ltd.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel     rfogel@shawfishman.com,   il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,   il72@ecfcbis.com
                                                                                               TOTAL: 4
```