UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: POGORZELSKI, ANDREW T. § Case No. 15-19256
§
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $226,033.27 | Assets Exempt: | $87,473.27 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $12,183.56 | Claims Discharged Without Payment: | $219,729.52 |
| Total Expenses of Administration: | $2,210.94 | | |

3) Total gross receipts of $14,394.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $14,394.50 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,210.94 | $2,210.94 | $2,210.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,403.93 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $192,482.26 | $231,913.08 | $231,913.08 | $12,183.56 |
| **TOTAL DISBURSEMENTS** | $192,482.26 | $235,527.95 | $234,124.02 | $14,394.50 |

4) This case was originally filed under chapter 7 on 06/02/2015. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2016            By: /s/ Richard M. Fogel
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | $5,000.00 |
| TAX REFUNDS | 1224-000 | $8,394.50 |
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | $179.81 |
| CASH ON HAND | 1129-000 | $25.00 |
| BANK ACCOUNTS | 1129-000 | $95.19 |
| HOUSEHOLD GOODS AND FURNISHING | 1129-000 | $500.00 |
| FURS AND JEWELRY | 1129-000 | $200.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,394.50** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | NA | $2,189.45 | $2,189.45 | $2,189.45 |
| Rabobank, N.A. | 2600-000 | NA | $21.49 | $21.49 | $21.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$2,210.94** | **$2,210.94** | **$2,210.94** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Department of the Treasury Internal Revenue Service | 5800-000 | NA | $1,403.93 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$1,403.93** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $15,316.10 | $15,316.10 | $15,316.10 | $804.64 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | $17,497.93 | $17,497.93 | $17,497.93 | $919.25 |
| 3 | Department of the TreasuryInternal Revenue Service | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 4 | Conserv FS, Inc. c/o Teller, Levit & Silvertrust, P.C. ATTN: Edward S. Margolis | 7100-000 | $150,506.50 | $189,937.32 | $189,937.32 | $9,978.36 |
| 5 | Discover BankDiscover Products Inc | 7100-000 | $3,039.50 | $3,039.50 | $3,039.50 | $159.68 |
| 6 | American Express Bank, FSB c o Becket and Lee LLP | 7100-000 | $6,122.23 | $6,122.23 | $6,122.23 | $321.63 |
| N/F | t cnount No. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Zurich Insurance c/o Eric Jennings, Esq. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Allstate Insurance Company c/o Kristy Con -iiiii=iit. Esq. | 7100-000 | $0.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$192,482.26** | **$231,913.08** | **$231,913.08** | **$12,183.56** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 15-19256 | Trustee Name: | (330720) Richard M. Fogel |
| --- | --- | --- | --- |
| Case Name: | POGORZELSKI, ANDREW T. | Date Filed (f) or Converted (c): | 06/02/2015 (f) |
| | | § 341(a) Meeting Date: | 07/15/2015 |
| For Period Ending: | 02/08/2016 | Claims Bar Date: | 11/27/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | REAL PROPERTY<br>70 Chestnut Ct., Elgin, L (50% interest) | 145,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 25.00 | 25.00 | | 25.00 | FA |
| 3 | BANK ACCOUNTS<br>Checking Account: $26.69<br>Savings Account:  $68.50 | 95.19 | 95.19 | | 95.19 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHING | 1,750.00 | 500.00 | | 500.00 | FA |
| 5 | WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 6 | FURS AND JEWELRY<br>Watch: $25<br>Wedding band: $450 | 475.00 | 200.00 | | 200.00 | FA |
| 7 | FIREARMS AND HOBBY EQUIPMENT | 250.00 | 0.00 | | 0.00 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES | 5,675.62 | 0.00 | | 0.00 | FA |
| 9 | PENSION PLANS AND PROFIT SHARING | 60,097.65 | 0.00 | | 0.00 | FA |
| 10 | STOCK AND BUSINESS INTERESTS | Unknown | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

Page: 2

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.:  15-19256  
Case Name:  POGORZELSKI, ANDREW T.  
For Period Ending:  02/08/2016

Trustee Name:  (330720) Richard M. Fogel  
Date Filed (f) or Converted (c):  06/02/2015 (f)  
§ 341(a) Meeting Date:  07/15/2015  
Claims Bar Date:  11/27/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | INTERESTS IN INSURANCE POLICIES<br>Beneficial interest in spouse's life insurances policies | Unknown | 0.00 | | 0.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES<br>2009 Harley Davidson | 10,975.00 | 5,000.00 | | 5,000.00 | FA |
| 13 | AUTOMOBILES AND OTHER VEHICLES<br>1966 Ford convertible body | Unknown | 179.81 | | 179.81 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES<br>2012 Dodge Ram 2500 Mega Cab (50% interest) | 14,710.00 | 0.00 | | 0.00 | FA |
| 15 | TAX REFUNDS (u) | 0.00 | Unknown | | 8,394.50 | FA |
| | **Assets      Totals**     (Excluding unknown values) | **$239,353.46** | **$6,000.00** | | **$14,394.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):     03/31/2016              Current Projected Date Of Final Report (TFR):     12/05/2015

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-19256 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | POGORZELSKI, ANDREW T. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1293 | Account #: | ******5200 Checking |
| For Period Ending: | 02/08/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/02/2015 | | Kathy Jo Pogorzelski fbo Andrew Pogorzelski | Proceeds of sale per o/c 10-1-15 | | 6,000.00 | | 6,000.00 |
| | {2} | | Proceeds of sale $25.00 | 1129-000 | | | 6,000.00 |
| | {3} | | Proceeds of Sale $95.19 | 1129-000 | | | 6,000.00 |
| | {4} | | Proceeds of Sale $500.00 | 1129-000 | | | 6,000.00 |
| | {6} | | Proceeds of sale $200.00 | 1129-000 | | | 6,000.00 |
| | {12} | | Proceeds of sale $5,000.00 | 1129-000 | | | 6,000.00 |
| | {13} | | Proceeds of Sale $179.81 | 1129-000 | | | 6,000.00 |
| 10/27/2015 | {15} | Kathy Jo Pogorzelski | 50% of state income tax refund | 1224-000 | 1,004.50 | | 7,004.50 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-19256 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | POGORZELSKI, ANDREW T. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1293 | Account #: | ******5200 Checking |
| For Period Ending: | 02/08/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,994.50 |
| 11/20/2015 | {15} | Kathy Jo Pogorzelski | 2014 federal income tax refund | 1224-000 | 7,390.00 | | 14,384.50 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.49 | 14,373.01 |
| 01/08/2016 | 101 | Richard M. Fogel | Dividend paid 100.00% on $2,189.45 \| Claim # FEE \| Filed: $2,189.45 | 2100-000 | | 2,189.45 | 12,183.56 |
| 01/08/2016 | 102 | Discover Bank Discover Products Inc | Dividend paid 5.25% on $15,316.10 \| Claim # 1 \| Filed: $15,316.10 | 7100-000 | | 804.64 | 11,378.92 |
| 01/08/2016 | 103 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid 5.25% on $17,497.93 \| Claim # 2 \| Filed: $17,497.93 | 7100-000 | | 919.25 | 10,459.67 |
| 01/08/2016 | 104 | Conserv FS, Inc. c/o Teller, Levit & Silvertrust, P.C. ATTN: Edward S. Margolis | Dividend paid 5.25% on $189,937.32 \| Claim # 4 \| Filed: $189,937.32 | 7100-000 | | 9,978.36 | 481.31 |
| 01/08/2016 | 105 | Discover BankDiscover Products Inc | Dividend paid 5.25% on $3,039.50 \| Claim # 5 \| Filed: $3,039.50 | 7100-000 | | 159.68 | 321.63 |
| 01/08/2016 | 106 | American Express Bank, FSB c o Becket and Lee LLP | Dividend paid 5.25% on $6,122.23 \| Claim # 6 \| Filed: $6,122.23 | 7100-000 | | 321.63 | 0.00 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-19256 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | POGORZELSKI, ANDREW T. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1293 | Account #: | ******5200 Checking |
| For Period Ending: | 02/08/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 14,394.50 | 14,394.50 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 14,394.50 | 14,394.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14,394.50 | $14,394.50 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

## Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-19256 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | POGORZELSKI, ANDREW T. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1293 | **Account #:** | ******5200 Checking |
| **For Period Ending:** | 02/08/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5200 Checking | $14,394.50 | $14,394.50 | $0.00 |
| | **$14,394.50** | **$14,394.50** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)